```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    RENEE WALKER
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S 10-261 LKK |
| Plaintiff, | |
| v. | STIPULATION ANDORDER CONTINUING REVOCATION HEARING |
| RENEE WALKER, | |
| Defendant. | Date: August 6, 2013<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED between the parties through their respective counsel, NIRAV DESAI, Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for RENEE WALKER, that the Court vacate the revocation hearing on July 2, 2013 at 9:15 a.m. and set a new revocation hearing on August 6, 2013 at 9:15 a.m.

The reason for this continuance is that the probation office is unavailable on July 2nd. Renee Walker is in compliance with her conditions of supervision.

///

Dated: June 27, 2013
                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        RENEE WALKER


Dated: June 26, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Linda C. Harter for
                                        NIRAV DESAI
                                        Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated: July 2, 2013

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT