| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. HARTER, Bar #179741 |
| | Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 6 | Attorney for Defendant |
| | RENEE WALKER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S 10-261 LKK |
|---|---|
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| | ) |
| RENEE WALKER, | ) |
| | ) Date: October 1, 2013 |
| Defendant. | ) Time: 9:15 a.m. |
| | ) Judge: Lawrence K. Karlton |
| _____ | ) |

This matter came before the Court for status conference on the final revocation proceedings of supervised release on August 7, 2013 in the courtroom of the Honorable Lawrence K. Karlton, Senior U.S. District Court Judge. Assistant United States Attorney Nirav Desai appeared on behalf of the United States of America; Chief Assistant Federal Defender Linda C. Harter appeared on behalf of defendant RENEE WALKER who is not in custody and was not present in court.

Defense counsel advised the court that the Ms. Walker has been in compliance and requested a further continuance of the dispositional hearing to October 1, 2013 at 9:15 a.m. The government had no opposition.

IT IS HEREBY ORDERED that this matter be set for a Revocation Hearing on October 1, 2013 at 9:15 a.m.

DATED: August 12, 2013

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order -2-