# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                               RE:    Renee Walker
                                        Docket Number:   2:10CR00261-01
                                        <u>**REQUEST FOR CONTINUANCE**</u>

Your Honor:

Ms. Walker is scheduled to appear before Your Honor on Tuesday October 1, 2013, for disposition on the violation. Disposition on this case was originally scheduled for April 2, 2013, and has been continued numerous times. Ms. Walker's adjustment to supervision is favorable at this time.

The undersigned is requesting a continuance to December 3, 2013. The Assistant United States Attorney and Defense counsel have been contacted and are in agreement with the proposal.

                                             Respectfully submitted,


                                              **Glenn P. Simon**
                              **Senior United States Probation Officer**

Dated:       September 27, 2013
                 Sacramento, California
                 gps


**REVIEWED BY:**      _____
                                **Jeffrey C. Oestreicher**
                                **Supervising United States Probation Officer**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                                          RE:    Renee Walker
                                                        Docket Number:   2:10CR00261-01
                                                        **REQUEST FOR CONTINUANCE**

Your Honor:

Ms. Walker is scheduled to appear before Your Honor on Tuesday October 1, 2013, for disposition on the violation. Disposition on this case was originally scheduled for April 2, 2013, and has been continued numerous times. Ms. Walker's adjustment to supervision is favorable at this time.

The undersigned is requesting a continuance to December 3, 2013. The Assistant United States Attorney and Defense counsel have been contacted and are in agreement with the proposal.

                                        Respectfully submitted,

                                        Glenn P. Simon
                                        **Senior United States Probation Officer**

Dated:     September 27, 2013
             Sacramento, California
             gps

**REVIEWED BY:**    _____
                                   Jeffrey C. Oestreicher
                                   **Supervising United States Probation Officer**

Rev. 11/2009
MEMO ~ COURT.MRG

**RE:    Renee Walker
        Docket Number:   2:10CR00261-01
        <u>CONTINUANCE</u>**

Attachment(s)

cc:   Nirav Desai
      Assistant United States Attorney

      Linda Harter
      Defense Counsel


AGREE:  ____✔____          DISAGREE:  _____

_____          09/27/2013
**Lawrence K. Karlton**                             DATE
Senior United States District Judge